UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                CASE NO.  10-25169-BKC-AJC
LESTER JUNIOR INGRAM

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 4,272.52 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

(  ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: _____APR 2 9 2011_____

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

LESTER JUNIOR INGRAM
18400 NW 5 AVE
MIAMI, FL 33169

JAMES W. SCHWITALLA, ESQUIRE
12954 S.W. 133RD COURT
MIAMI, FL 33186

US BANK NA
BKCY PYMT PROCESSING
1 HOME CAMPUS-MAC X2302-04C
DES MOINES, IA 50328

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                              CASE NO.   10-25169-BKC-AJC
LESTER JUNIOR INGRAM

CHAPTER 13

LESTER JUNIOR INGRAM

18400 NW 5 AVE
MIAMI, FL 33169


JAMES W. SCHWITALLA, ESQUIRE
12954 S.W. 133RD COURT
MIAMI, FL 33186


US BANK NA                          ---------$      4,272.52
BKCY PYMT PROCESSING
1 HOME CAMPUS-MAC X2302-04C
DES MOINES, IA 50328                UNDELIVERABLE/STALE
                                    CLAIM REGISTER# 9-1

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130